**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ALYSSE L SAUCEDO
          AKA: ALYSSE L CHILDS          CHAPTER 13

              Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE          CASE NO: 1-24-01745-HWV
              Movant
          vs.
          ALYSSE L SAUCEDO
          AKA: ALYSSE L CHILDS

              Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on August 5, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on July 18, 2024.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

      **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT**
      **MONTHLY INCOME AND CALCULATION OF COMMITMENT**
      **PERIOD**
      **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR**
      **DISPOSABLE INCOME**
      **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

          Respectfully submitted,

          /s/ Agatha R. McHale, Esquire
          ID: 47613
          Attorney for Movant
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          Suite A, 8125 Adams Drive
          Hummelstown, PA 17036
          Phone: (717) 566-6097
          email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ALYSSE L SAUCEDO                    CHAPTER 13
       AKA: ALYSSE L CHILDS

                                           CASE NO: 1-24-01745-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on July 18, 2024.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

      **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
      **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
      **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Sylvia H. Rambo United States Courthouse        Date:  August 28, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street                      Time:  09:35 AM
Harrisburg, PA 17102

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before:
**August 19, 2024.**  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated:    August 5, 2024           Respectfully submitted,

                            /s/   Agatha R. McHale, Esquire
                            ID:  47613
                            Attorney for Movant
                            Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            Suite A, 8125 Adams Drive
                            Hummelstown, PA 17036
                            Phone:  (717) 566-6097
                            email:  info@pamd13trustee.com

IN RE:     ALYSSE L SAUCEDO                              CHAPTER 13
           AKA: ALYSSE L CHILDS

                        Debtor(s)                       CASE NO: 1-24-01745-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 5, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class mail

ALYSSE L SAUCEDO
6524 FAIRFAX DR
HARRISBURG, PA  17111

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 5, 2024                    /s/  Vickie Williams
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ALYSSE L SAUCEDO
           AKA: ALYSSE L CHILDS

                 Debtor(s)

CHAPTER 13

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                  Movant
           vs.
           ALYSSE L SAUCEDO
           AKA: ALYSSE L CHILDS

CASE NO: 1-24-01745-HWV

                Respondent(s)

## ORDER DISMISSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to rule on any timely filed fee application.